THEDINA S. LINDEMANN, Appellant, *v.* ROLAND LINDEMANN, Respondent.

Submitted September 25, 1939; decided October 3, 1939.

*Jacob Greenwald* for motion.
*Samuel Mazzola* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

EAST RIVER SAVINGS BANK, Respondent, *v.* 671 PROSPECT AVENUE HOLDING CORPORATION et al., Defendants, and GUSSIE HUTT, Appellant.

Submitted September 25, 1939; decided October 3, 1939.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 342.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR CHALMERS, Appellant.

Submitted September 25, 1939; decided October 3, 1939.

Motion for reargument denied. (See 281 N. Y. 651.)